WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Nicole K. Neff, Esq., SBN 257964
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660 *(Logan/Pleadings/RJN.MTD)*
Tel: (949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; nneff@wrightlegal.net

Attorneys for Defendants,
MERIDIAS CAPITAL, INC.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY T. WONG AND MARIA WONG, <br><br>　　　　　　　　Plaintiff, <br><br> vs. <br><br> AMERICAN SERVICING COMPANY, INC.; LITTON LOAN SERVICING; MERIDIAS CAPITAL, INC.; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERIDIAS CAPITAL, INC.; WILLIAM A. ARRIOLA; BRENT HICKS and DOES 1-20 inclusive, <br><br>　　　　　　　　Defendants. | Case No.: **2:09-cv-01506-FCD-KJMA** <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MERIDIAS CAPITAL, INC'S  MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> <u>Hearing</u> <br><br> Date: October 16, 2009 <br> Time: 10:00 a.m. <br> Ctrm.: 02 <br><br> *[Filed Concurrently with Motion to Dismiss and (Proposed) Order]* |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE** that Defendant, MERIDIAS CAPITAL, INC. ("Meridias"), requests, pursuant to Federal Rules of Evidence ("FRE"), Rule 201, that the Court take judicial notice of the following documents in connection with their Motion Dismiss Plaintiff's Complaint filed concurrently herewith:

-1-

1. A true and correct copy of the Grant Deed recorded on June 7, 2006 in the official records of the Placer County Recorder's Office as Document No. 2006-0061542, is attached hereto as Exhibit "1."

2. A true and correct copy of the First Deed of Trust recorded on June 7, 2006 in the official records of the Placer County Recorder's Office as Document No. 2006-0061543, is attached hereto as Exhibit "2."

3. A true and correct copy of the Second Deed of Trust recorded on June 7, 2006 in the official records of the Placer County Recorder's Office as Document No. 2006-0061544, is attached hereto as Exhibit "3."

4. A true and correct copy of the Assignment of Deed of Trust recorded on August 28, 2008 in the official records of the Placer County Recorder's Office as Document No.2008-0069480, is attached hereto as Exhibit "4."

5. A true and correct copy of the Notice of Default recorded on May 23, 2008 in the official records of the Placer County Recorder's Office as Document No. 2008-0042381, is attached hereto as Exhibit "5."

6. A true and correct copy of the Substitution of Trustee recorded on March 12, 2008, in the official records of the Placer County Recorder's Office as Document No. 2008-0019639, is attached hereto as Exhibit "6."

7. A true and correct copy of the Notice of Trustee's Sale recorded on August 29, 2008, in the official records of the Placer County Recorder's Office as Document No. 2008-0069895, is attached hereto as Exhibit "7."

///
///
///
///
///
///
///

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MERIDIAS CAPTIAL, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

8. True and correct copies of identical Complaints filed by Lanahan & Reilley on behalf of multiple Plaintiffs in the United States District Court, Eastern District of California, are attached hereto as Exhibit "8."

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: August 24, 2009      By:   /T. Robert Finlay, Esq./
                                  T. Robert Finlay, Esq.
                                  Nicole K. Neff, Esq.
                                  Attorneys for Defendants,
                                  MERIDIAS CAPITAL, INC.

# PROOF OF SERVICE

I, Stephanie Machado, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On August 24, 2009, I served the foregoing document(s) described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MERIDIAS CAPITAL, INC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** on the interested parties in this action as follows

LANAHAN & REILLEY
Michael J.M. Brook, Esq.
600 Bicentenial Drive, Suite 300
Santa Rosa, CA 95403
Ph: (707) 524-4200; Fax: (707) 523-4610

[X]   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[X]   (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2009, at Newport Beach, California.

_____ Stephanie Machado