1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   STEVEN WINICK, Cal. Bar No. 160815
3    shwinick@sheppardmullin.com
   MARTIN D. WHITE, Cal. Bar No. 253476
4    mwhite@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7
   Attorneys for Defendant
8  AMERICA'S SERVICING COMPANY and MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC.
9

10

11             UNITED STATES DISTRICT COURT

12             EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  GARY T. WONG and MARIA WONG, | Case No. 2:09-CV-1506-FCD-DAD |
| 15           Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE HEARING DATE AND DATE FOR FILING REPLY BRIEF TO MAY 21, 2010** |
| 16      v. | |
| 17  AMERICA'S SERVICING COMPANY, INC., LITTON LOAN SERVICING, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MERIDIAS CAPITAL, INC., WILLIAM A. ARRIOLA and BRENT HICKS and DOES 1-20 inclusive, | The Hon. Frank C. Damrell, Jr. |
| | Date:        May 7, 2010<br>Time:        10:00 a.m.<br>Courtroom:  2 |
| | [Complaint Filed: June 15, 2009] |
| 22           Defendants. | |

1    The parties hereto, specifically, defendants American Servicing Company, Mortgage Electronic Registration Systems, Inc., First American Loanstar Trustee Services, Meridias Capital, Inc., Brent Hicks ("Defendants"), and plaintiffs Gary T. Wong and Maria Wong ("Plaintiffs"), hereby stipulate to a continuance of the hearing date on Defendants' Motions to Dismiss Plaintiffs' Third Amended Complaint, which is presently set for hearing on May 7, 2010 in Courtroom 2 at 10:00 a.m.

The parties agree and stipulate to moving the hearing on these matters to May 21, 2010 in Courtroom 2 at 10:00 a.m.  The parties further agree that reply papers will be due in accordance with Eastern District Local Rule 78-230(d), and that May 21, 2010 will be the "date of hearing" for purposes of calculating the deadline.

Dated:  March 30, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Martin D. White*
MARTIN D. WHITE
Attorneys for WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
Email: mwhite@sheppardmullin.com

LAW OFFICES OF GLENN H. WECHSLER

By     */s/ Natalie K. Sperry*
NATALIE K. SPERRY
Attorneys for FIRST AMERICAN LOANSTAR TRUSTEE SERVICES
Email: natalie@glennwechsler.com

---

Case No. 2:09-CV-01506-FCD-DAD

-1-

STIPULATION AND ORDER TO CONTINUE HEARING DATE

WRIGHT FINLAY & ZAK, LLP

By     */s/ Nicole K. Neff*
NICOLE K. NEFF
Attorneys for MERIDIAS CAPITAL, INC.
Email: nneff@wrightlegal.net

PORTER SIMON AND SHADEK

By     */s/ John J. Gezelin*
JOHN J. GEZELIN
Attorneys for BRENT HICKS
Email: jlshadek@portersimonshadek.com

LANAHAN & REILLEY

By     */s/ Michael J.M. Brook*
MICHAEL J.M. BROOK
Attorneys for GARY T. WONG AND MARIA WONG
Email: mbrook@lanahan.com

## **ORDER ON STIPULATION**

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED THAT the hearing presently set for May 7, 2010 at 10:00 a.m. in Courtroom 2 is continued to May 21, 2010 at 10:00 a.m. in Courtroom 2 and that May 21, 2010 is the "date of hearing" pursuant to Eastern District Local Rule 78-230.

Dated: March 31, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE